NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SYNOPSYS, INC.,**
*Appellant*

**v.**

**SIEMENS INDUSTRY SOFTWARE INC.,**
*Appellee*

---

2023-1593

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-01212.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2          SYNOPSYS, INC. V. SIEMENS INDUSTRY SOFTWARE INC.


(2)  Each side shall bear their own costs.




FOR THE COURT


June 11, 2024
Date

Jarrett B. Perlow
Clerk of Court


**ISSUED AS A MANDATE:** June 11, 2024